**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

October 30, 2019

> Case Mgmt. Conf. adjourned from Nov. 7, 2019 until Mar. 13, 2020 at 11:30 am. Clerk of the Court requested to terminate the motion (doc. 51).
>
> Dated: Nov. 13, 2019
>
> **SO ORDERED:**
>
> HON. NELSON S. ROMÁN
> UNITED STATES DISTRICT JUDGE

**VIA ECF**
The Honorable Nelson S. Román
United States District Judge
The Hon. Charles L. Brieant Jr. United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re: *Perkins v. United States Department of the Treasury, et al.*, 18 Civ. 8911 (NSR) (PED)

Dear Judge Román:

    I write on behalf of the defendants (collectively, the "Government") in the above-referenced case to seek an adjournment of the conference set for November 7, 2019, at 10:30 a.m. Dkt. No. 45. On October 15, 2019, Judge Davison granted Plaintiff's request for leave to amend her complaint, Dkt. No. 47, and Plaintiff filed her amended complaint on October 17, 2019, Dkt. No. 48. The Government's amended answer is due on October 31, 2019, and Judge Davison has scheduled a conference on November 5, 2019, Dkt. No. 50, to discuss the next steps in this matter, including setting a case management schedule. In light of this, the Government proposes that the Court adjourn the November 7th conference until a date after discovery is completed. This is the Government's second request for an adjournment of this conference. *See* Dkt. Nos. 44, 45. Counsel for the Government sought Plaintiff's consent for this request by email and phone but had not received a response by the time of filing.

    I thank the Court for its consideration of this request.

Respectfully,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:    */s/ Jennifer Jude*
JENNIFER JUDE
Assistant United States Attorney
Tel: (212) 637-2663
Email: jennifer.jude@usdoj.gov

cc: Plaintiff's counsel (by ECF)