# Ballon Stoll Bader & Nadler P.C.

COUNSELLORS AT LAW     FOUNDED 1931

729 SEVENTH AVENUE
17TH FLOOR
NEW YORK, NY 10019
Ph: 212-575-7900

www.ballonstoll.com

5 March 2020

DANIELLE K. CONN ROSENBERG
212-575-7900 ext. 3319
drosenberg@ballonstoll.com

**VIA ECF**

The Honorable Nelson S. Roman
United States District Judge
The Hon. Charles L. Brieant Jr. United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:    Perkins v. U.S. Dept. of the Mint, et al.
       Case No.: 1:18-cv-8911 (NSR)(PED)
       **Our File No. 20851.001**

Dear Judge Roman:

We represent the plaintiff, Kimberly Perkins, in the above-referenced matter. I write respectfully to request an adjournment of the Case Management Conference currently scheduled before Your Honor on March 13, 2020 be adjourned to a later date at the Court's discretion  The reason for this request is that a brief extension of the discovery deadline to and including April 30, 2020, has been requested to complete depositions [Dkt 62]. This is Plaintiff's first request to adjourn the Case Management Conference. Defendants' counsel consents to the request.

Thank you for your consideration of this matter.

Respectfully Submitted,

     *s/Danielle Conn Rosenberg*
DANIELLE K. CONN ROSENBERG

DKR/ob

CC:    Emily Bretz, Esq. (via ECF)
        Marshall B. Bellovin, Esq. (via ECF)

---

**Handwritten endorsement:**

Case Mgmt. Conf. adjourned from March 13, 2020 until May 22, 2020 at 11:00am. Clerk of the Court requested to terminate the motion (doc. 63).

Dated: March 10, 2020

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

The Conf. will be held by telephone with all parties on the line before conferencing in the Court.